UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACIFIC TOWING & RECOVERY SERVICES, LLC, a Washington limited liability company,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, d/b/a/ PROGRESSIVE COMMERCIAL,<br>      Defendant. | NO: 2:20-CV-0125-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

  BEFORE THE COURT is the Parties' Stipulated Notice of Voluntary Dismissal without Prejudice or Costs (ECF No. 15).  The parties agree to the dismissal of this case without prejudice or costs to either party.  The Court has reviewed the record and files herein, and is fully informed.

  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the Parties' stipulation, this action is **DISMISSED** without prejudice or costs to either party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 27, 2021.



                    THOMAS O. RICE
                  United States District Judge