AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PACIFIC TOWING & RECOVERY SERVICES, LLC, a Washington limited liability company,<br>*Plaintiff*<br>v.<br>UNITED FINANCIAL CASUALTY COMPANY, d/b/a/ PROGRESSIVE COMMERCIAL,<br>*Defendant* | Civil Action No.  2:20-CV-0125-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to Rule 41(a)(1)(A)(ii) and the Parties' stipulation, this action is DISMISSED without prejudice or costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  THOMAS O. RICE  on the parties' stipulation ECF No. 15.

Date: january 27 , 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen